FILED'08 MAR 24 08:09USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EDWIN C. BICKELL,

       Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security

       Defendant.

Civ. No. 06-6023-CL

ORDER

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Objections have been filed, so this court reviews the Findings and Recommendation *de novo*. See 28 U.S.C. § 636(b)(1)(C); Holder v. Holder, 392 F.3d 1009, 1022 (9th Cir. 2004).

    I have given this matter *de novo* review and find no error. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Clarke.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Findings and Recommendation (#34) is adopted. The Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this 24 day of March, 2008.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE