FILED'08 MAR 24 08:09 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EDWIN C. BICKELL,

       Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security

       Defendant.

Civ. No. 06-6023-CL

**JUDGMENT**

Judgment is for defendant.

DATED this 24 day of March, 2008.

*(signature)*

OWEN M. PANNER
U.S. DISTRICT JUDGE

1 - ORDER